IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI A. SCHOENWANDT,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  vs.  )<br>  )<br>LORI KARAN, DEBBORAH  )<br>STAMPFLE, GARY SALDANA,  )<br>TINA ARAGON, WINONA  )<br>KEAWE, ABBY MEDRANO,  )<br>DR. FRAUENZ, MARK  )<br>PATTERSON, THOMAS EVANS,  )<br>SONYA MAAE, HAKU  )<br>KAMELAMELA, GRACE  )<br>JOHNSON,  )<br>  )<br>  Defendants.  )<br>_____ | CIV. NO. 14-00398 HG-KSC |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 5)

Findings and Recommendation having been filed and served on all parties on October 16, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Complaint with Leave to Amend (ECF No. 5) are adopted as the opinion and order of this Court with the following modifications:

On Page 16, Section E, Paragraph 1: the date that Plaintiff may file an amended complaint shall be on or before December 11, 2014.

On Page 18, Number (2): the date that Plaintiff may file an amended complaint shall be on or before December 11, 2014.

IT IS SO ORDERED.

Dated: November 5, 2014, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge